# ORIGINAL

1  kanyadaileyind

2  LEONARDO M. RAPADAS
   United States Attorney
3  STEVEN CHIAPPETTA
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

8

**FILED**

DISTRICT COURT OF GUAM

OCT -5 2005 ᵇᵛ

**MARY L.M. MORAN**
**CLERK OF COURT**

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,       )    CRIMINAL CASE NO. **05-00070**
                                     )
13                  Plaintiff.       )    **INDICTMENT**
                                     )
14      vs.                          )    **FALSE STATEMENT  (Felony)**
                                     )    [18 U.S.C. § 1001] (Count 1)
15                                   )    **UNLAWFUL POSSESSION OF MILITARY**
    KANYA ALEXANDER DAILEY,          )    **ID CARD (Misdemeanor)**
16                                   )    [18 U.S.C. § 701] (Counts 2 & 3)
                    Defendant.       )    **TRESPASSING (Misdemeanor)**
17  _____ )    [18 U.S.C. § 1382] (Counts 4 & 5)

18  THE GRAND JURY CHARGES:

19          **COUNT 1 - FALSE STATEMENT (Felony)**

20          On or about July 22, 2005, in the District of Guam, onboard Andersen Air Force Base,

21  which is land under the exclusive or concurrent jurisdiction of the United States, the defendant,

22  KANYA ALEXANDER DAILEY, did, without authority, obtain an application for a lost or

23  stolen military identification card and Public Key Infrastructure Certificate of Acceptance and

24  Acknowledgment of Responsibilities Certification to wit: Department of Defense Form 2842,

25  (September 2002 edition) and did wrongfully and intentionally forge the signature of approval

26  and acknowledgment in order to fraudulently obtain a military identification card, in violation of

27  Title 18, United States Code, Section 1001.

28

1     **COUNT 2 - UNLAWFUL POSSESSION OF MILITARY ID CARD (Misdemeanor)**

2         On or about July 22 2005, in the District of Guam, onboard Andersen Air Force Base,

3 which is land under the exclusive or concurrent jurisdiction of the United States, the defendant,

4 KANYA ALEXANDER DAILEY, did knowingly and unlawfully, without authorization, possess

5 a Department of Defense identification card that was not issued to him, all in violation of 18

6 United States Code, Section 701.

7     **COUNT 3 - UNLAWFUL POSSESSION OF MILITARY ID CARD (Misdemeanor)**

8         On or about July 29, 2005, in the District of Guam, onboard Naval Base Guam, which is

9 land under the exclusive or concurrent jurisdiction of the United States, the defendant, KANYA

10 ALEXANDER DAILEY, did knowingly and unlawfully, without authorization, possess a

11 Department of Defense identification card that was not issued to him, all in violation of 18

12 United States Code, Section 701.

13                    **COUNT 4 - TRESPASSING (Misdemeanor)**

14         On or about July 28, 2005, in the District of Guam, onboard Naval Base Guam, which is

15 land under the exclusive or concurrent jurisdiction of the United States, the defendant, KANYA

16 ALEXANDER DAILEY, did knowingly and unlawfully, without authorization, enter Naval Base

17 Guam Property for an unlawful purpose, to wit: to fraudulently obtain a military identification

18 card, all in violation of 18 United States Code, Section 1382.

19                    **COUNT 5 - TRESPASSING (Misdemeanor)**

20         On or about July 29, 2005, in the District of Guam, onboard Naval Base Guam, which is

21 land under the exclusive or concurrent jurisdiction of the United States, the defendant, KANYA

22 ALEXANDER DAILEY, did knowingly and unlawfully, without authorization, enter Naval Base

23 //

24 //

25 //

26 //

27 //

28 //

Guam Property for an unlawful purpose, to wit: to fraudulently obtain a military identification card, all in violation of 18 United States Code, Section 1382.

Dated this 5th day of October 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
STEVE CHIAPPETTA
Special Assistant United States Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**05-00070**

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant ___x___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X___     Matter to be sealed: _____ Yes __X__ No

Defendant Name ___KANYA ALEXANDER DAILEY___

Alias Name _____

Address _____

_____

Birthdate __1980___ SS# __5671___ Sex __M__ Race ____ Nationality_Afrian American_

**U.S. Attorney Information:**

AUSA __Steve Chiappetta___

Interpreter: __X__ No ___Yes    List language and/or dialect: _____None_____

**RECEIVED**

OCT - 5 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___5___     _____ Petty __X__ Misdemeanor __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set | 1 18 USC 1001 | False Statement (Felony) | 1 |
| Set | 2 18 USC 701 | Unlawful Possession of Military ID Card (Misdemeanor) | 2 - 3 |
| Set | 3 18 USC 1382 | Trespassing (Misdemeanor) | 4 - 5 |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: _3 OCT 05_     Signature of AUSA: _____