# UNITED STATES DISTRICT COURT

District of _____ GUAM

U.S. MARSHALS-GUAM
-5 OCT 2005 14 00 00

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| KANYA ALEXANDER DAILEY | Case Number: CR-05-00070 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KANYA ALEXANDER DAILEY _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

18:1001 - FALSE STATEMENT (Felony) - Count 1
18:701 - UNLAWFUL POSSESSION OF MILITARY ID CARD (Misdemeanor) - Counts 2 and 3
18:1382 - TRESPASSING (Misdemeanor) - Count 4 and 5

**FILED**
DISTRICT COURT OF GUAM
OCT 1 1 2005
MARY L.M. MORAN
CLERK OF COURT

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | _Marilyn B. Alcon_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 10/5/2005  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna, Guam

| DATE RECEIVED 10/5/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry CIDUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ CIDUSM |
|---|---|---|
| DATE OF ARREST 10/11/05 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____KANYA ALEXANDER DAILEY_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: