# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM

OCT 1 2 2005

MARY L.M. MORAN
CLERK OF COURT

---

**CASE NO. CR-05-00070**                    **DATE: October 12, 2005**

**HON. MICHAEL J. BORDALLO, Designated Judge, Presiding**     Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:23:25 - 10:29:38     CSO: B. Benavente

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: KANYA ALEXANDER DAILEY**                    **ATTY : KIM SAVO**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.     ( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

**U.S. ATTORNEY: STEVE CHIAPPETTA**                    **AGENT:**

**U.S. PROBATION: CARLEEN BORJA**                    **U.S. MARSHAL: W. GRAY**

INTERPRETER: _____     ( ) SWORN     LANGUAGE: _____

**PROCEEDINGS:   INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: ___FEDERAL PUBLIC DEFENDER___, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:     AGE: _25_     SCHOOL COMPLETED: _High school_
( X ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: CHARGE IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: DECEMBER 7, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( X ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Trial Order executed. Government had no objection to the Pretrial Services Report for release of the defendant. No objections by defense.

The Court released the defendant on the conditions cited in the Report.

Courtroom Deputy: 

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6)   The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____          _____

                     Custodian or Proxy                                        Date

( ) (7)   The defendant shall:

( X ) (a)   report to the   US Pretrial Services Office                         ,

telephone number   473-9201                , not later than  as directed                         .

( ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

_____

( ) (c)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described

_____ .

( ) (d)   execute a bail bond with solvent sureties in the amount of $ _____ .

( X ) (e)   maintain or actively seek employment.

( ) (f)   maintain or commence an education program.

( X ) (g)   surrender any passport to:   Clerk, District Court of Guam _____

( X ) (h)   obtain no passport.

( X ) (i)   abide by the following restrictions on personal association, place of abode, or travel:
not leave the District of Guam without the permission of the Court. _____

( ) (j)   avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____

( ) (k)   undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

( ) (l)   return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

( ) (m)   maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ) (n)   refrain from possessing a firearm, destructive device, or other dangerous weapons.

( X ) (o)   refrain from   ( X ) any   ( ) excessive use of alcohol.

( ) (p)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( X ) (q)   submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ) (r)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services or supervising officer.

( X ) (s)   refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t)   participate in one of the following home confinement program components and abide by all the requirements of the program which   ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( )   (i) **Curfew.** You are restricted to your residence every day   ( ) from _____ to _____ , or   ( ) as directed by the pretrial services office or supervising officer; or

( )   (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

( )   (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( X ) (u)   report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ) (v)   _____

( X ) (w)   Remain at a fixed address.

(X) (x)   Remain at a fixed address _____

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICES     U.S. ATTORNEY     U.S. MARSHAL