| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Kanya Alexander Dailey,<br><br>Defendant. | Case No. 1:05-cr-00070<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Conditions of Release filed October 12, 2005,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *October 12, 2005* | *October 13, 2005* | *October 13, 2005* | *October 13, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Conditions of Release filed October 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 13, 2005 /s/ Leilani R. Toves Hernandez
                                                                                        Deputy Clerk