**FILED**

DISTRICT COURT OF GUAM

NOV 18 2005 

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00070 |
| Plaintiff, | ) | |
| vs. | ) | |
| KANYA ALEXANDER DAILEY, | ) | **ORDER** |
| Defendant. | ) | **Vacating December 7, 2005, Trial Date** |

The trial in this case is scheduled to commence on December 7, 2005. However, on October 31, 2005, the Court issued a bench warrant for the Defendant's arrest after the pretrial services officer filed a petition alleging that the Defendant failed to abide by his pretrial release conditions. The warrant remains outstanding. Accordingly, the December 7, 2005, trial date is hereby vacated, and shall be reset upon apprehension of the Defendant.

SO ORDERED this _18th_ day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**