# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

U.S. MARSHALS-GUAM
RECEIVED
-2 NOV 2005 11 00 01

UNITED STATES OF AMERICA

V.

KANYA ALEXANDER DAILEY

**WARRANT FOR ARREST**

Case Number: CR-05-00070

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KANYA ALEXANDER DAILEY _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition and Violation Report)

in violation of Title __18__ United States Code, Section(s) __3148__

MARILYN B. ALCON
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Title of Issuing Officer

10/31/2005     Hagatna, Guam
Date           Location

ORIGINAL

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| USPO / U.S. District Court Guam |

| DATE RECEIVED 10/31/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/7/05 | John Curry  J.C. CIDUSM | _signature_ J.C. CIDUSM |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____KANYA ALEXANDER DAILEY_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: