DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00070**           **DATE: December 7, 2005**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 2:12:25 - 2:35:59        CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: KANYA ALEXANDER DAILEY**                **ATTY: ALEX MADABER**
(X) PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.        (X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPPETTA        AGENT:

U.S. PROBATION: CARMEN O'MALLAN        U.S. MARSHAL: M. UNGACTA

**PROCEEDINGS:**        - INITIAL APPEARANCE
        - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD
                NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF
        THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
(X) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: Defendant was prepared to
        admit to the first two allegations; however, disagreed with the third allegation in the
        Report.

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION
( ) CONDITIONS MODIFIED
(X) PROCEEDINGS CONTINUED TO: Friday, December 9, 2005 at 11:00 a.m.
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
        SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) NOTES:

Defense argued for release of the defendant. Probation recommended detention. The Court remanded the
defendant to the custody of the U.S. Marshal and stated its reasons for detention.

Courtroom Deputy: ___