# UNITED STATES DISTRICT COURT

District of **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION |
| V. | |
| **KANYA ALEXANDER DAILEY** Case CR-05-00070 | |
| *Defendant* | |

**FILED**
DISTRICT COURT OF GUAM
DEC - 8 2005
MARY L.M. MORAN
CLERK OF COURT

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

  **X** on release pending trial for a felony under federal, state, or local law.

  ☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

  ☐ on probation or supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

**X** flee, or ☐ pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail pending Continued Order to Show Cause Hearing scheduled for **December 9, 2005 at 11:00 a.m.**

Date: **December 7, 2005**

Joaquin V. E. Manibusan, Jr., Magistrate Judge
*Judicial Officer*

**ORIGINAL**