kanyadaileydism

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00070 |
| Plaintiff, | **MOTION TO DISMISS COUNTS 1, 3 & 5 OF INDICTMENT** |
| vs. | |
| KANYA ALEXANDER DAILEY, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that counts I, III and V of the indictment in the above cause against defendant, KANYA ALEXANDER DAILEY, be dismissed, without prejudice, for the reason that the defendant has plead guilty to counts II and IV [~~VI~~] of the Indictment and sentenced on May 8, 2006.

Respectfully submitted this 9th day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
~~Districts~~ of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney