1  LEONARDO M. RAPADAS
2  United States Attorney
   KARON V. JOHNSON
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Ave.
   Hagåtña, Guam 96910
5  PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

MAY 1 1 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

8                IN THE UNITED STATES DISTRICT COURT

9                    FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 05-00070
                                      )
12                   Plaintiff,       )
                                      )
13                                    )  **ORDER TO DISMISS**
          vs.                         )  **COUNTS I, III & V**
14                                    )  **OF INDICTMENT**
                                      )
15  KANYA ALEXANDER DAILEY,           )
                                      )
16                   Defendant.       )
17  _____ )

18

19       IT IS SO ORDERED that counts I, III and V of the indictment in the above case is

20  dismissed without prejudice.

21       **SO ORDERED**, this __11__ day of May, 2006.

22

23

24                                    JOHN C. COUGHENOUR[*]
                                      District Judge
25

26

27  _____

28       [*]The Honorable John C. Coughenour, United States District Judge for the
    Western District of Washington, by designation.

                         ORIGINAL