# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
**DISTRICT COURT OF GUAM**
**MAY 16 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

[X] **Original Notice**

Date: **December 9, 2005**
By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

[X] **Notice of Disposition**

Date: **May 8, 2006**
By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

---

Defendant: **DAILEY, Kanya Alexander**
Date of Birth: **XX-XX-1980**
SSN: **XXX-XX-5674**

Case Number: **USDC CR. CS. NO. 05-00070-001**
Place of Birth: **Atmore, Alabama - USA**

---

**NOTICE OF COURT ORDER** (Order Date: **December 9, 2005**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

Case 1:05-cr-00070    Document 29    Filed 05/16/2006    Page 1 of 1

**ORIGINAL**