| PROB 34 (3/07) | **Report and Order Terminating Probation/Supervised Release** |

# UNITED STATES DISTRICT COURT
FOR THE

District of Guam

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 05-00070-001 |
| KANYA ALEXANDER DAILEY | |

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **May 7, 2008**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc: AUSA
 Defense Counsel
 File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 13, 2008